UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RYAN POSTELL,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>Defendant. | CASE NO. 1:17-cv-05388 |

## **COMPLAINT**

### I. INTRODUCTION

1. This is an action for statutory and treble damages for violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, by Defendant Diversified Consultants, Inc.

### II. JURISDICTION

2. Jurisdiction of this court arises under 47 U.S.C. § 227.

### III. PLAINTIFF

3. Plaintiff Ryan Postell is a natural person residing in Oak Harbor, Washington; at all times relevant herein, Mr. Postell was a "person" as that term is defined in 47 U.S.C. § 153(39).

### IV. DEFENDANT

4. Diversified Consultants, Inc. is a for-profit foreign corporation with its principal place of business in Jacksonville, Florida; at all times relevant herein, Defendant was operating as a debt collector as defined by 15 U.S.C. § 1692a(6).

### V. STATEMENT OF FACTS

5. Plaintiff has a personal cell phone number of 219-576-2539.

6. Plaintiff has no contractual or other relationship with Defendant.

7. At no time did Plaintiff give Defendant prior express consent to call his cell phone.

8. On or about December 27, 2016, Plaintiff received an autodialed telephone call to his cell phone from Defendant; this was the first call from Defendant of which Plaintiff is aware.

9. Plaintiff received approximately 52 autodialed calls from Defendant during the period from December 27, 2016 to March 22, 2017.

10. All of the calls from Defendant originated from the 312 area code.

11. Plaintiff's occupation is an Uber driver; Defendant's autodialed calls would sometimes come in while Plaintiff was at work, which, even when unanswered, not only wasted Plaintiff's time but also invaded Plaintiff's privacy causing consternation and distress; the calls also used Plaintiff's cell phone minutes.

12. Sometimes the calls would come in while Plaintiff was using his cellphone for driving directions and would interrupt the directions, causing Plaintiff to miss turns, be placed in dangerous situations, reduce his clients' satisfaction and ratings of his services, put additional miles on his car, use extra gas and generally impair Plaintiff's ability to perform his job effectively.

## VI. CLAIMS FOR RELIEF

### A. Telephone Consumer Protection Act

13. Plaintiff repeats, re-alleges and incorporates by reference paragraphs one through twelve above.

14. Defendant violated the TCPA. These violations include, but are not limited to:

    a. Calling Plaintiff at a telephone number assigned to a cellular telephone service using an automatic telephone dialing system or an artificial or prerecorded voice, not for emergency purposes, and without prior express consent.

15. The foregoing violations were knowing and willful.

16. As a result of these violations of the TCPA, Defendant is liable to Plaintiff for his statutory and treble damages and all other appropriate relief.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in his favor and against Defendant in an amount that will compensate him for his statutory damages, treble damages, costs, attorney fees and all other appropriate relief.

                Respectfully submitted,

                 *s/ Robert E. Duff*
                Robert E. Duff, Atty No. 16392-06
                Indiana Consumer Law Group/
                The Law Office of Robert E. Duff
                P.O. Box 7251
                Fishers, IN 46037
                800-817-0461
                robert@robertdufflaw.com